# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| DARLINE GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:13-cv-0016 |
| v. ) | |
| ) | Judge Sharp |
| NIC GLOBAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 20) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE